C. L. WILLINGHAM v. STATE. (No. 12068.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

J. P. Cox, of Sherman, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year. The record is without bills of exception or statement of facts and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Jesse YOUNT and Dock Arwine v. STATE. (No. 12213.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

Fairchild & Redditt, of Lufkin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession of a still for the purpose of manufacturing intoxicating liquors; punishment, one year in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Wallace M. BAIRD et al. v. CITY MORTGAGE CO. et al. (No. 2169.) Court of Civil Appeals of Texas. El Paso. Sept. 13, 1928.

W. L. Radney and W. B. Walton, both of El Paso, for appellants. Paul D. Thomas, of El Paso, for appellees.

HIGGINS, J. No briefs have been filed herein. Therefore no question is presented, except that of fundamental error. Upon examination of the record, no such error is found; hence the judgment must be affirmed. It is so ordered.